# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane T. Amator,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Principal Financial Group, et al.,<br><br>　　　　　Defendants. | No. CV-20-02324-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 50) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 14th day of March, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge